KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE COMBINED WORLD TRADE CENTER
AND LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH)

------------------------------------------------------------------x

MARIA ROCIO CALLE,

DOCKET NO:
07 CV 04458

                        Plaintiff,

    -against-

100 CHURCH, LLC., 80 LAFAYETTE
ASSOCIATES, LLC., ABATEMENT
PROFESSIONALS, ABSCOPE
ENVIRONMENTAL AMBIENT GROUP,
INC., APPLIED ENVIRONMENTAL INC., B.R.,
FRIES & ASSOCIATES, INC., BLUE
MILLENNIUM REALTY LLC, BRISTOL
ENVIRONMENTAL INC., CATAMOUNT
ENVIRONMENTAL INC., CENTURY 21, INC.,
CATAMOUNT ENVIRONMENTAL, INC.,
CLAYTON ENVIRONMENTAL CONSULTANTS
COMPREHENSIVE ENVIRONMENTAL CO.,
CONTAMINANT CONTROL, INC., COVINO
ENVIRONMENTAL ASSOCIATES, INC.,
CRITERION LABORATORIES, INC.,
CUNNINGHAM DUCT CLEANING CO.,
INC., DARLING ASBESTOS DISPOSAL COMPANY
INC., DIVERSIDED ENVIRONMENTAL
CORPORATION, DYNASERV INDUSTRIES,
INC., ENVIRONMENTAL PRODUCTS AND
SERVICES, INC., ENVIRONMENTAL SERVICES
and TECHNOLOGIES, INC., ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS

NOTICE OF
APPEARANCE

MANAGEMENT SERVICS, HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LVI ENVIRONMENTAL
SERVICES, INC., MARCO REMEDIATION INC.,
MAYORE ESTATES, LLC, MAYORE ESTATES LLC
and 80 LAFAYETTE ASSOCIATION LLC AS TENANTS
IN COMMON, MERRILL LYNCH & CO., INC., MILRO
ASSOCIATES, INC., NORWICH LABORATORIES,
PAR ENVIRONMENTAL CORPORATION,
PINNACLE ENVIRONMENTAL CORPORATION,
POTOMAC ABATEMENT INC., ROYAL
ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC.,
STONER AND COMPANY, INC., SYSKA AND
HENNESSY, TELLARS OPERATIONS, INC.,
FISHMAN INTERIORS CORPORATION, TRC
ENGINEERS, INC., TTI ENVIRONMENTAL
SERVICES, INC., VERIZON NEW YORK, INC.,
WILLIAMS F. COLLINS, ARCHITECT
and ZAR REALTY MANAGEMENT CORP, ET AL.

          **Defendants.**
------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

  Enter my appearance as counsel in this case for:

       **CUNNINGHAM DUCT WORK s/h/i/a**
      **CUNNINGHAM DUCT CLEANING CO., INC.**

  I certify that I am admitted to practice in this court.


Dated: New York, New York
    August 20, 2008    <u>Kevin G. Horbatiuk</u>
               Kevin G. Horbatiuk (KGH4977)
               Matthew P. Mazzola (MM-7427)
               Attorneys for Defendant
               **CUNNINGHAM DUCT WORK s/h/i/a**
               **CUNNINGHAM DUCT CLEANING CO., INC.**
               RUSSO, KEANE & TONER, LLP
               26 Broadway, 28th Floor
               New York, New York 10004
               (212) 482-0001
               RKT File No. 824.078

TO:  CHRISTOPHER R. LaPOLA, ESQ.,
   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
   Attorney for Plaintiff
   **MARIA ROCIO CALLE**
   115 Broadway - 12th Floor
   New York, New York 10006
   (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 20TH day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARIA ROCIO CALLE**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**