KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x

MARIA ROCIO CALLE,                            DOCKET NO:
                                              07 CV 04458
                    **Plaintiff,**

   -against-

100 CHURCH, LLC., 80 LAFAYETTE
ASSOCIATES, LLC., ABATEMENT
PROFESSIONALS, ABSCOPE
ENVIRONMENTAL AMBIENT GROUP,
INC., APPLIED ENVIRONMENTAL INC., B.R.,
FRIES & ASSOCIATES, INC., BLUE
MILLENNIUM REALTY LLC, BRISTOL
ENVIRONMENTAL INC., CATAMOUNT
ENVIRONMENTAL INC., CENTURY 21, INC.,     NOTICE OF
CATAMOUNT ENVIRONMENTAL, INC.,             ADOPTION OF
CLAYTON ENVIRONMENTAL CONSULTANTS          ANSWER TO
COMPREHENSIVE ENVIRONMENTAL CO.,           MASTER COMPLAINT
CONTAMINANT CONTROL, INC., COVINO
ENVIRONMENTAL ASSOCIATES, INC.,
CRITERION LABORATORIES, INC.,
CUNNINGHAM DUCT CLEANING CO.,
INC., DARLING ASBESTOS DISPOSAL COMPANY
INC., DIVERSIDED ENVIRONMENTAL
CORPORATION, DYNASERV INDUSTRIES,
INC., ENVIRONMENTAL PRODUCTS AND
SERVICES, INC., ENVIRONMENTAL SERVICES
and TECHNOLOGIES, INC., ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS

MANAGEMENT SERVICS, HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LVI ENVIRONMENTAL
SERVICES, INC., MARCO REMEDIATION INC.,
MAYORE ESTATES, LLC, MAYORE ESTATES LLC
and 80 LAFAYETTE ASSOCIATION LLC AS TENANTS
IN COMMON, MERRILL LYNCH & CO., INC., MILRO
ASSOCIATES, INC., NORWICH LABORATORIES,
PAR ENVIRONMENTAL CORPORATION,
PINNACLE ENVIRONMENTAL CORPORATION,
POTOMAC ABATEMENT INC., ROYAL
ENVIRONMENTAL INC., SENCAM, INC.,
SPECIALTY SERVICE CONTRACTING INC.,
STONER AND COMPANY, INC., SYSKA AND
HENNESSY, TELLARS OPERATIONS, INC.,
FISHMAN INTERIORS CORPORATION, TRC
ENGINEERS, INC., TTI ENVIRONMENTAL
SERVICES, INC., VERIZON NEW YORK, INC.,
WILLIAMS F. COLLINS, ARCHITECT
and ZAR REALTY MANAGEMENT CORP, ET AL.

                          **Defendants.**

-------------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
      August 25, 2008

                                <u>Kevin G. Horbatiuk</u>
                                Kevin G. Horbatiuk (KGH4977)
                                Matthew P. Mazzola (MM-7427)
                                Attorneys for Defendant
                                **CUNNINGHAM DUCT WORK s/h/i/a**
                                **CUNNINGHAM DUCT CLEANING CO., INC.**
                                RUSSO, KEANE & TONER, LLP
                                26 Broadway, 28th Floor
                                New York, New York 10004
                                (212) 482-0001
                                RK&T File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **MARIA ROCIO CALLE**
         115 Broadway 12th Floor
         New York, New York 10006

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 25TH day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARIA ROCIO CALLE**
115 Broadway 12th Floor
New York, New York 10006

_Kevin G Horbatiuk_
**KEVIN G. HORBATIUK**